AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

LAWRENCE SCHWIGER,

      Petitioner,       JUDGMENT IN A CIVIL CASE
V.

                                      CASE NUMBER:  **3:07-cv-00382-LRH-RAM**

JACK PALMER, et al.,

      Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the habeas petition is DISMISSED WITHOUT PREJUDICE based on petitioner's failure to exhaust his grounds for relief in state court.

  May 22, 2008         **LANCE S. WILSON**
                                                                                              Clerk

                                                                              /s/ Kalani Lizares
                                                                               Deputy Clerk