# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LAWRENCE SCHWIGER,

        Petitioner,        3:07-cv-00382-LRH-RAM

vs.

        ORDER

JACK PALMER, et al.,

        Respondents.

This is a closed action, the subject of which was a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 brought by petitioner, a Nevada state prisoner. By order filed May 22, 2008, this Court dismissed the petition without prejudice for failure to exhaust his grounds for relief in state court. (ECF No. 11). Judgment was entered on May 22, 2008. (ECF No. 12). Before the Court is petitioner's motion to vacate judgment pursuant to Fed. R. Civ. P. 60(b) and re-open this action. (ECF No. 18). The Court has reviewed petitioner's motion, respondents' opposition thereto, and petitioner's reply. (ECF No. 18, 22, 23).

Petitioner brings the motion to vacate judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. Pursuant to Fed. R. Civ. P. 60(b), the court may relieve a party from a final judgment or order for the following reasons:

> (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed

or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the operation of the judgment.

A motion under Rule 60(b) must be made within a "reasonable time." Fed. R. Civ. P. 60(c)(1). Moreover, a motion for relief that is based on mistake, newly discovered evidence, or fraud (Fed. R. Civ. P. 60(b)(1-3), must be brought within one year of final judgment. Fed. R. Civ. P. 60(c)(1).

The instant case has been closed since May 22, 2008. (ECF No. 12). Petitioner waited until October 6, 2010, two and one half years later, to file his motion. (ECF. No. 18). Petitioner seeks relief from final judgment based on Rule 60(b)(1) (mistake) and 60(b)(6) (any other reason that justifies relief). Petitioner's motion is untimely, and is denied on that basis. Fed. R. Civ. P. 60(c)(1); *see Ashford v. Steuart*, 657 F.2d 1053, 1055 (9th Cir. 1981) ("reasonable" amount of time is something less than the one-year standard applied to motions brought under Fed. R. Civ. P. 60(b)(1-3)).

**IT IS THEREFORE ORDERED** that petitioner's motion for reconsideration and to re-open the instant action (ECF No. 18) is **DENIED.**

Dated this 5th day of February, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE